SLIP OPINION

Cite as 2014 Ark. 162

# SUPREME COURT OF ARKANSAS

**No.** CV–14–261

| | |
|---|---|
| IN RE ARKANSAS BAR ASSOCIATION PETITION PROPOSING AMENDMENTS TO THE ARKANSAS RULES OF PROFESSIONAL CONDUCT | **Opinion Delivered** April 10, 2014 |

### PER CURIAM

The Arkansas Bar Association filed a petition with this court to amend various rules of the Arkansas Rules of Professional Conduct. The petition notes that our rules, adopted in 2005, are based on the American Bar Association Model Rules of Professional Conduct. The Arkansas Bar Association, through its committees, studied changes that have been made to the Model Rules since 2005 to determine whether it should recommend changes to our rules of professional conduct. The petition states: "It has long been the approach of the Arkansas Bar Association to follow the Model Rules, unless strong reasons exist to take a different approach in Arkansas." A summary of the Arkansas Bar Association's efforts is detailed in the petition.

To assist in our deliberations, we solicit comments from the bench and bar. The petition and proposed rule changes are found in supreme court docket number CV–14–261 on the Arkansas Judiciary Website: Petition

Paragraph III of the petition summarizes the proposed changes, and they are illustrated by underlines and strikeouts. Comments should be made in writing before June 1, 2014, and they should be addressed to: Leslie W. Steen, Clerk, Supreme Court of Arkansas, Attn.: Arkansas Rules of Professional Conduct, Justice Building, 625 Marshall Street, Little Rock, Arkansas 72201.